## Marlon Hamilton v. AMO TRUCKING, LLC, Mursal Kulmie

| | |
|---|---|
| Case Number | 49D06-2203-CT-008801 |
| Court | Marion Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 03/18/2022 |
| Status | 03/18/2022 , Pending  (active) |

## Parties to the Case

Defendant  AMO TRUCKING, LLC

<u>Attorney</u>
Matthew K. Phillips
*#2872449, Lead, Retained*

6801 Gray RD
STE H
Indianapolis, IN 46237
317-362-0225(W)

<u>Attorney</u>
Christopher R Whitten
*#2042949, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

Defendant  Kulmie, Mursal

<u>Attorney</u>
Matthew K. Phillips
*#2872449, Lead, Retained*

6801 Gray RD
STE H
Indianapolis, IN 46237
317-362-0225(W)

<u>Attorney</u>
Christopher R Whitten
*#2042949, Retained*

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

Plaintiff     Hamilton, Marlon


EXHIBIT
B

Attorney

Michael E. Simmons
*#13649, Retained*

HUME SMITH GEDDES GREEN & SIMMONS LLP
54 Monument Circle
4th Floor
Indianapolis, IN 46204
317-632-4402(W)

## Chronological Case Summary

03/18/2022   **Case Opened as a New Filing**

03/18/2022   **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Hamilton, Marlon |
| File Stamp: | 03/18/2022 |

03/18/2022   **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Hamilton, Marlon |
| File Stamp: | 03/18/2022 |

03/18/2022   **Subpoena/Summons Filed**
Summons

| | |
|---|---|
| Filed By: | Hamilton, Marlon |
| File Stamp: | 03/18/2022 |

03/18/2022   **Subpoena/Summons Filed**
Summons

| | |
|---|---|
| Filed By: | Hamilton, Marlon |
| File Stamp: | 03/18/2022 |

03/29/2022   **Motion to Withdraw Appearance Filed**
Motion to Withdraw and Notice of Attorney Lien

| | |
|---|---|
| Filed By: | Hamilton, Marlon |
| File Stamp: | 03/29/2022 |

04/01/2022   **Order Granting Motion to Withdraw Appearance**

| | |
|---|---|
| Judicial Officer: | Eisgruber, Kurt |
| Order Signed: | 04/01/2022 |

04/08/2022   **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Hamilton, Marlon |
| File Stamp: | 04/08/2022 |

04/11/2022   **Appearance Filed**
Amended Appearance for Plaintiff

| | |
|---|---|
| For Party: | Hamilton, Marlon |
| File Stamp: | 04/11/2022 |

| 04/20/2022 | **Certificate of Issuance of Summons** |
|---|---|

Certificate Of Issuance Of Summons to Mursal Kulmie

| Filed By: | Hamilton, Marlon |
|---|---|
| File Stamp: | 04/20/2022 |

| 04/20/2022 | **Certificate of Issuance of Summons** |
|---|---|

Certificate Of Issuance Of Summons to AMO Trucking

| Filed By: | Hamilton, Marlon |
|---|---|
| File Stamp: | 04/20/2022 |

| 05/10/2022 | **Certified Mail Returned** |
|---|---|

GREEN CARD SIGNED.

| Party Served: | Kulmie, Mursal |
|---|---|

| 05/18/2022 | **Appearance Filed** |
|---|---|

Appearance of Christopher Whitten and Matthew Phillips

| For Party: | AMO TRUCKING, LLC |
|---|---|
| For Party: | Kulmie, Mursal |
| File Stamp: | 05/18/2022 |

| 05/18/2022 | **Motion for Enlargement of Time Filed** |
|---|---|

Motion for Enlargement of Time

| Filed By: | AMO TRUCKING, LLC |
|---|---|
| Filed By: | Kulmie, Mursal |
| File Stamp: | 05/18/2022 |

| 05/18/2022 | **Order Granting Motion for Enlargement of Time** |
|---|---|

| Judicial Officer: | Eisgruber, Kurt |
|---|---|
| Order Signed: | 05/18/2022 |

| 05/19/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 5/18/2022 : Christopher R Whitten;Matthew K. Phillips;Michael E. Simmons

| 06/27/2022 | **Answer Filed** |
|---|---|

Answer, Affirmative Defenses and Demand for Jury Trial

| Filed By: | AMO TRUCKING, LLC |
|---|---|
| Filed By: | Kulmie, Mursal |
| File Stamp: | 06/27/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Hamilton, Marlon**

Plaintiff

**Balance Due** (as of 06/27/2022)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/18/2022 | Transaction Assessment | 157.00 |
| 03/18/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D06-2203-CT-008801**

Marion Superior Court 6

Filed: 3/18/2022 8:15 AM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION, ROOM NO: |
| COUNTY OF MARION | ) | CAUSE NO: |

MARLON HAMILTON,                              )
                                             )
         Plaintiff,                          )
                                             )
vs.                                          )
                                             )
AMO TRUCKING, LLC, and                       )
MURSAL KULMIE,                               )
                                             )
         Defendants.                         )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, MARLON HAMILTON, (hereinafter "HAMILTON"), by Counsel, and for a cause of action against the Defendants, AMO TRUCKING, LLC, (hereinafter "AMO"), and MURSAL KULMIE, (hereinafter "KULMIE"), and states:

1.      That HAMILTON, at all times relevant and material to this action, resided in Marion County, in the city of Indianapolis, State of Indiana.

2.      That AMO, at all times relevant and material to this action, was a foreign for-profit limited liability company with a principal business address in Franklin County, in the City of Columbus, State of Ohio and doing business. in Marion County, in the city of Indianapolis, State of Indiana.

3.      That KULMIE, at all times relevant and material to this action, resided in Franklin County in the City of Columbus, State of Ohio.

4.      That on August 14, 2021, at approximately 6:43 a.m., HAMILTON was operating a white 2004 Pontiac Grand Prix automobile and traveling eastbound in the left-hand lane of Interstate 70 Eastbound nearest the 72.6 mile marker in the County of Marion, City of Indianapolis, State of Indiana.

5.     That also at the same time, KULMIE, was the driver of a white 2016 Peterbuilt 579 Semi-tractor, which was traveling eastbound in the right-hand lane of Interstate 70 Eastbound nearest the 72.6 mile marker in the County of Marion, City of Indianapolis, State of Indiana.

6.     That at all times relevant and material to this action, the white 2016 Peterbuilt 579 Semi-tractor, which was being operated by KULMIE was owned by and registered to AMO.

7.     That as HAMILTON was traveling as aforesaid, suddenly and without warning, KULMIE entered the left-hand travel lane, which was occupied by HAMILTON and crashed into the vehicle being operated by HAMILTON, thereby causing a collision with the vehicle HAMILTON was driving.

8.     That at said place and time, KULMIE breached the applicable duty of care and was careless and negligent and/or reckless in one or more of the following ways:

    a.     He failed to operate his vehicle in a careful and prudent manner;

    b.     He failed to keep proper control of his vehicle so as to avoid the collision;

    c.     He failed to keep a look out for other vehicular traffic so as to avoid a collision with said vehicle;

    d.     He attempted to merge and/or to change travel lanes without first making certain that his intended lane was clear of other vehicles in violation of the Indiana Code;

    e.     He made an unsafe lane movement in violation of the Indiana Code;

    f.     He was operating his vehicle at an excessive speed such that he was unable to bring his vehicle to a stop and avoid a collision with the vehicle being operated by HAMILTON, in violation of the Indiana Code;

    g.     He was otherwise careless or negligent which caused the collision with the vehicle being operated by the Plaintiff, HAMILTON.

9.     That as a result of the collision, HAMILTON sustained injuries and was required to engage in the medical care and treatment of doctors, hospitals, therapists and x-ray

technicians, thereby incurring medical expenses.

10.     That as a result of the injuries sustained causally related to the collision, HAMILTON was unable to work for a period of time and thereby lost wages, income and/or time from his employment.

11.     That as a result of the collision, HAMILTON sustained property damage to the vehicle that he was operating.

12.     That due to the negligence and carelessness of KULMIE, as aforesaid, HAMILTON, has been damaged.

13.     That at all times relevant and material hereto, KULMIE was acting as an employee, agent, servant and/or representative of his employer, AMO.

14.     That AMO is liable to HAMILTON, for the negligence and damages caused by the actions of it's employee, agent, servant and/or representative KULMIE, which were performed within the scope of his agency or employment with AMO through respondeat superior.

15.     That due to the negligence and carelessness of AMO, as aforesaid, HAMILTON, has been damaged.

**WHEREFORE**, Plaintiff, MARLON HAMILTON, by Counsel, hereby respectfully requests that the Court enter an Order of judgment for the Plaintiff, award monetary damages in an amount commensurate with his damages, costs of this action, prejudgment interest, post-judgment interest and all other just and proper relief within the premises.

Respectfully submitted,

Robert E. Feagley II, #24872-49
Attorney for Plaintiff

Robert E. Feagley II
LEE, COSSELL & CROWLEY, LLP.
151 N. Delaware St., Suite 1500
Indianapolis, IN 46204
(317) 631-5151 phone
(317) 624-4561 facsimile
bfeagley@nleelaw.com

**49D06-2203-CT-008801**

Marion Superior Court 6

Filed: 3/18/2022 8:15 AM
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT
) SS: CIVIL DIVISION, ROOM NO:
COUNTY OF MARION ) CAUSE NO:

MARLON HAMILTON, )
)
    Plaintiff, )
)
vs. )
)
AMO TRUCKING, LLC, and )
MURSAL KULMIE, )
)
    Defendants. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification**:    Initiating

    1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

    MARLON HAMILTON.

    2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name:    **Robert E. Feagley II**    Atty Number:  **24872-49**
Address:    **LEE, COSSELL & CROWLEY, LLP**
        **151 N. Delaware Street**
        **Suite 1500**    Phone: **(317) 631-5151**
        **Indianapolis, Indiana 46204**    Fax: **(317) 624-4561**
        Computer Address: **bfeagley@nleelaw.com**

    3.    There are other party members:    No

    4.    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): CT

5.    I will accept service by FAX at the above number: No

6.    This case involves support issues:    No

7.    There are related cases:    No

8.    This form has been served on all other parties, Certificate of Service is attached:

9.    Additional information required by local rules:

_____

_____

DATED: 3/18/2022

Robert E. Feagley II, #24872-49

Robert E. Feagley II
LEE, COSSELL & CROWLEY, LLP.
151 N. Delaware St., Suite 1500
Indianapolis, IN 46204
(317) 631-5151 phone
(317) 624-4561 facsimile
bfeagley@nleelaw.com

**49D06-2203-CT-008801**

Marion Superior Court 6

Filed: 3/18/2022 8:15 AM
Clerk
Marion County, Indiana

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO: |
| COUNTY OF MARION | ) | CAUSE NO: |

MARLON HAMILTON,                                )
                                                )
    Plaintiff,                  )
                                                )
vs.                                             )
                                                )
AMO TRUCKING, LLC, and                          )
MURSAL KULMIE,                                  )
                                                )
    Defendants.                 )

TO DEFENDANT:   (Name)    ABDIRISAQ YUSUF
                            c/o AMO TRUCKING, LLC
              (Address)    5900 Roche Dr. #315
                            Columbus, OH 43229

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950)

Dated   **3/18/2022**             *Myla A Eldridge*                (Seal)

                        Clerk, Marion County Superior Court

**(The following manner of service of summons is hereby designated.)**

        Registered or certified mail.

        Service at place of employment, to-wit:

        Service on individual -- (Personal copy) at above address.

X

        Service on agent. (Specify) Certified Mail to registered agent.

        Other service. (Specify)

*MARION COUNTY COURTS*
**SEAL**
*INDIANA*

Robert E. Feagley II, 24872-49
**Attorney for Plaintiff**
LEE, COSSELL & CROWLEY, LLP.
151 N. Delaware St., Suite 1500
Indianapolis, IN 46204
(317) 631-5151 phone
(317) 624-4561 facsimile
bfeagley@nleelaw.com

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
|  | ) SS: | CIVIL DIVISION, ROOM NO: |
| COUNTY OF MARION | ) | CAUSE NO: |

MARLON HAMILTON,                                )
                                               )
     Plaintiff,                             )
                                               )
vs.                                            )
                                               )
AMO TRUCKING, LLC, and                         )
MURSAL KULMIE,                                 )
                                               )
     Defendants.                            )

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,

(2) By leaving a copy of the Summons and a copy of the complaint at

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

 (3) Other Service or Remarks:

Sheriff' s Costs                          Sheriff

                                          By: _____
                                              Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.


                                          Clerk, _____ Court

Dated:                                    By: _____
                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20 ____.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20 ____.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20 _____.


                                          Clerk, _____ Court

                                          By: _____
                                              Deputy

**49D06-2203-CT-008801**

Marion Superior Court 6

# SUMMONS

Filed: 3/18/2022 8:15 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO: |
| COUNTY OF MARION | ) | CAUSE NO: |

MARLON HAMILTON,           )
                          )
    Plaintiff,             )
                          )
vs.                        )
                          )
AMO TRUCKING, LLC, and     )
MURSAL KULMIE,             )
                          )
    Defendants.            )

TO DEFENDANT:    (Name)        MURSAL KULMIE
                 (Address)     3243 Indian Head Ct.
                               Columbus, OH 43224

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950)

Dated        **3/18/2022**              *Myla a Eldridge*              (Seal)

Clerk, Marion County Superior Court

**(The following manner of service of summons is hereby designated.)**

    X       Registered or certified mail.

            Service at place of employment, to-wit:

            Service on individual -- (Personal or copy) at above address.

            Service on agent. (Specify) Certified Mail to registered agent.

            Other service. (Specify)

**SEAL** — MARION COUNTY COURTS — INDIANA

Robert E. Feagley II, 24872-49
**Attorney for Plaintiff**
LEE, COSSELL & CROWLEY, LLP.
151 N. Delaware St., Suite 1500
Indianapolis, IN 46204
(317) 631-5151 phone
(317) 624-4561 facsimile
bfeagley@nleelaw.com

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION, ROOM NO: |
| COUNTY OF MARION | ) | CAUSE NO: |

MARLON HAMILTON,                    )
                                   )
    Plaintiff,                     )
                                   )
vs.                                )
                                   )
AMO TRUCKING, LLC, and             )
MURSAL KULMIE,                     )
                                   )
    Defendants.                    )

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20\_\_\_\_\_;

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,

(2) By leaving a copy of the Summons and a copy of the complaint at

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

Sheriff' s Costs                            Sheriff

                                           By: _____
                                                Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20\_\_\_\_\_, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                           Clerk, _____ Court

Dated: _____                     By: _____
                                                Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20 \_\_\_.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20 \_\_\_.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20 \_\_\_.

                                           Clerk, _____ Court

                                           By: _____
                                                Deputy

Filed: 3/29/2022 9:05 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO: 6 |
| COUNTY OF MARION | ) | CAUSE NO: 49D06-2203-CT-008801 |

MARLON HAMILTON,                    )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )
                                     )
AMO TRUCKING, LLC, and              )
MURSAL KULMIE,                       )
                                     )
          Defendants.                )

## VERIFIED MOTION TO WITHDRAW APPEARANCE
## AND NOTICE OF ATTORNEY LIEN

Come now Robert E. Feagley II, and the law firm of LEE, COSSELL & CROWLEY,

LLP, as counsel and for their Motion to Withdraw would show the Court as follows:

1. That on March 28, 2022, the plaintiff MARLON HAMILTON called the law office of

LEE, COSSELL & CROWLEY, LLP and advised that he was terminating the services of our

law firm.

2. That on today's date the undersigned sent confirmation to the Plaintiff via e-mail

message (marlonhamilton25@gmail.com), of receipt of his notice of termination, and advised

the plaintiff of the pending Cause in this Court, providing the cause number and advised that

there are currently no pending trial date or deadlines.

3. That the Plaintiff's last provided address, telephone number and e-mail address are as

follows:

1

Marlon Hamilton, 2111 West 76th Street, Indianapolis, IN 46260, (317) 737-6088;

marlonhamilton25@gmail.com.

4. That there currently are no pending dates or deadlines in this cause.

5. That the undersigned has advised Plaintiff of the need for him to seek new counsel.

6. That the undersigned counsel requests that this honorable Court grant him permission

to withdrawal as the counsel of record for the Plaintiff.

7. That the undersigned counsel request the Court take notice that he and/or the law firm

of LEE, COSSELL & CROWLEY, LLP are maintaining an attorney lien against this claim for

the work performed and costs and expenses up-fronted to date on this matter.

**WHEREFORE**, Counsel prays the Court permit and authorize him to withdrawal as

counsel for Plaintiff and take notice of the claimed attorney lien for work performed and

expenses and costs upfronted to-date, and for all other relief just and proper in the premises.

## VERIFICATION

I the undersigned counsel do hereby verify that the foregoing representations are true and
accurate to the fullest of my knowledge and belief.

3/29/22

Date:

Robert E. Feagley II

2

Respectfully submitted,

Robert E. Feagley II, #24872-49

Robert E. Feagley II
**LEE, COSSELL & CROWLEY, LLP.**
151 N. Delaware Street, Suite 1500
Indianapolis, IN  46204
 (317) 631-5151 Phone
(317) 624-4561 Fax
bfeagley@nleelaw.com

STATE OF INDIANA     )         IN THE MARION SUPERIOR COURT
                     ) SS:    CIVIL DIVISION, ROOM NO: 6
COUNTY OF MARION    )         CAUSE NO: 49D06-2203-CT-008801

MARLON HAMILTON,              )
                                )
      Plaintiff,                )

**F I L E D**

April 1, 2022
CLERK OF THE COURT
MARION COUNTY
BC

vs.                                )
                                )
AMO TRUCKING, LLC, and     )
MURSAL KULMIE,              )
                                )
      Defendants.            )

## ORDER

Come now, Robert E. Feagley II, and the law firm of LEE, COSSELL & CROWLEY, LLP, and having filed their motion to withdraw as counsel for the plaintiff and the Court having read and examined said cause and being duly advised therein, now finds that the same is in order. IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, that attorney Robert E. Feagley II, and the law firm of LEE, COSSELL & CROWLEY, LLP's appearance is hereby withdrawn on behalf of the plaintiff, and this Court takes notice of attorney Robert E. Feagley and the law firm of LEE, COSSELL & CROWLEY, LLP's claimed lien for attorney fees earned and expenses upfronted in this matter.    ALL OF WHICH IS ORDERED THIS

**April 1, 2022**

JUDGE, Marion County Superior Court 6

Distribution to:
Robert E. Feagley II, LEE, COSSELL & CROWLEY, LLP., 151 N. Delaware Street, Suite 1500, Indianapolis, IN 46204, bfeagley@nleelaw.com

4

Filed: 4/8/2022 1:37 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN MARION COUNTY SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D06-2203-CT-8801 |

| | |
|---|---|
| MARLON HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMO TRUCKING, LLC and | ) |
| MURSAL KULMIE, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:

    Initiating:___X___ Responding:_____ Intervening:_____; and

    The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of Party:  **Plaintiff, Natasha Mendelsohn**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Name:    **Michael E. Simmons**          Attorney No.: **136-49**
             **HUME SMITH GEDDES GREEN**     Phone: **(317) 632-4402**
             **& SIMMONS, LLP**              Fax: **(317) 632-5595**
    Address: **54 Monument Circle, 4th Floor**
             **Indianapolis, Indiana  46204**
             msimmons@humesmith.com
             jlitton@humesmith.com

    Name:    **Nick Bennett**                Attorney No.: **31883-49**
             **LAW OFFICE OF NICK BENNETT**  Phone: **(317) 643-8486**
             **120 East Market Street, Suite 601**
             **Indianapolis, Indiana  46204**
             nick@nickbennettlaw.com

Each attorney specified on this Appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under** <u>Trial Rule 86(G)</u> **will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. <u>Admis. Disc. R. 2(A)</u>.

3.   This is a civil tort case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:
   FAX at the above noted number:  Yes ____ No __X____
   Email at the above noted number:  Yes ____ No __X____

5.   This case involves child support issues:  Yes ___ No __X__

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes ___ No __X__

7.   This case involves a petition for involuntary commitment. Yes ___ No __X____

8.   There are related cases:  Yes ___No _X_

9.   Additional information required by local rule:  N/A

10.   This form has been served on all other parties and Certificate Of Service is attached:
   Yes __X__ No____

2

Respectfully submitted,

_/s/Michael E. Simmons_

Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Nick Bennett
LAW OFFICE OF NICK BENNETT
Attorney No. 31883-49
120 East Market Street, Suite 601
Indianapolis, Indiana 46204
Telephone: (317) 643-8486
nick@nickbennettlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of the Court. I further certify that I E-served using the E-file system the following:

Robert E. Feagley, II
LEE, COSSELL & CROWLEY, LLP
151 North Delaware Street, Suite 1500
Indianapolis, Indiana 46204
bfeagley@nleelaw.com

_/s/Michael E. Simmons_

3

Filed: 4/11/2022 12:03 PM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN MARION COUNTY SUPERIOR COURT 6 |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D06-2203-CT-8801 |

|  |  |
|---|---|
| MARLON HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMO TRUCKING, LLC and | ) |
| MURSAL KULMIE, | ) |
| | ) |
| Defendants. | ) |

## AMENDED APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:

    Initiating:____X____ Responding:_____ Intervening:_____; and

    The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of Party:  **Plaintiff, Marlon Hamilton**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    | Name: | Michael E. Simmons | Attorney No.: **136-49** |
    |---|---|---|
    | | HUME SMITH GEDDES GREEN | Phone: (317) 632-4402 |
    | | & SIMMONS, LLP | Fax: (317) 632-5595 |
    | Address: | 54 Monument Circle, 4th Floor | |
    | | Indianapolis, Indiana  46204 | |
    | | msimmons@humesmith.com | |
    | | jlitton@humesmith.com | |

    | Name: | Nick Bennett | Attorney No.: **31883-49** |
    |---|---|---|
    | | LAW OFFICE OF NICK BENNETT | Phone:  (317) 643-8486 |
    | | 120 East Market Street, Suite 601 | |
    | | Indianapolis, Indiana  46204 | |
    | | nick@nickbennettlaw.com | |

Each attorney specified on this Appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under** <u>Trial Rule 86(G)</u> **will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. <u>Admis. Disc. R. 2(A)</u>.

3.   This is a civil tort case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:
     FAX at the above noted number:   Yes ____ No ___X_____
     Email at the above noted number:   Yes ____ No __X_____

5.   This case involves child support issues:   Yes ___  No __X__

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no--contact order.  Yes ___  No __X__

7.   This case involves a petition for involuntary commitment.  Yes ___  No _X_____

8.   There are related cases:   Yes ___No _X_

9.   Additional information required by local rule:   N/A

10.  This form has been served on all other parties and Certificate Of Service is attached:
     Yes __X__  No____

2

Respectfully submitted,

/s/Michael E. Simmons

Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Nick Bennett
LAW OFFICE OF NICK BENNETT
Attorney No. 31883-49
120 East Market Street, Suite 601
Indianapolis, Indiana  46204
Telephone: (317) 643-8486
nick@nickbennettlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with

the Clerk of the Court.  I further certify that I E-served using the E-file system the

following:

Robert E. Feagley, II
LEE, COSSELL & CROWLEY, LLP
151 North Delaware Street, Suite 1500
Indianapolis, Indiana  46204
bfeagley@nleelaw.com

/s/Michael E. Simmons

3

Filed: 4/20/2022 3:49 PM
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN MARION COUNTY SUPERIOR COURT 6 |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D06-2203-CT-8801 |

MARLON HAMILTON,                )
                                )
    Plaintiff,              )
                                )
  v.                            )
                                )
AMO TRUCKING, LLC and           )
MURSAL KULMIE,                  )
                                )
    Defendants.             )

<u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

    The undersigned hereby certifies that pursuant to the Indiana Rules Of Trial Procedure, service of the Complaint or equivalent pleading and Summons was attempted on the following Defendant at the address noted below

Name:           <u>Mursal Kulmie</u>

Address:         <u>3243 Indian Head Court</u>

City, State, Zip Code:   <u>Columbus, Ohio  43224</u>

<u>Service was attempted or requested by:</u>

☒     Certified Mail or registered Mail with Return Receipt Requested

       Tracking Number: <u>7020 0090 0002 2363 6372</u>

       Date Mailed:    <u>April 20, 2022</u>

☐     Sheriff of _____ County, Indiana.  Service documents were delivered to said Sheriff on the date of _____ and services of process fees were paid.

☐     Other: _____

Date: April 20, 2022

Respectfully submitted,

/s/Michael E. Simmons
Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Nick Bennett
LAW OFFICE OF NICK BENNETT
Attorney No. 31883-49
120 East Market Street, Suite 601
Indianapolis, Indiana  46204
Telephone:  (317) 643-8486
nick@nickbennettlaw.com

Attorneys for Plaintiff

2

Filed: 4/20/2022 3:49 PM
Clerk
Marion County, Indiana

STATE OF INDIANA )          IN MARION COUNTY SUPERIOR COURT 6
                        ) SS:
COUNTY OF MARION )          CAUSE NO. 49D06-2203-CT-8801

MARLON HAMILTON,                    )
                                 )
       Plaintiff,                       )
                                 )
   v.                                    )
                                 )
AMO TRUCKING, LLC and               )
MURSAL KULMIE,                      )
                                 )
       Defendants.                      )

## CERTIFICATE OF ISSUANCE OF SUMMONS

       The undersigned hereby certifies that pursuant to the Indiana Rules Of Trial Procedure, service of the Complaint or equivalent pleading and Summons was attempted on the following Defendant at the address noted below

Name:                Abdirisaq Yusuf
                        c/o AMO Trucking, LLC

Address:           5900 Roche Drive, #315

City, State, Zip Code:   Columbus, Ohio  43229


Service was attempted or requested by:

☒     Certified Mail or registered Mail with Return Receipt Requested

       Tracking Number: 7020 0090 0002 2363 6389

       Date Mailed:     April 20, 2022

☐     Sheriff of _____ County, Indiana. Service documents were delivered to said Sheriff on the date of _____ and services of process fees were paid.

☐     Other: _____

Date: April 20, 2022

Respectfully submitted,

/s/Michael E. Simmons

Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Nick Bennett
LAW OFFICE OF NICK BENNETT
Attorney No. 31883-49
120 East Market Street, Suite 601
Indianapolis, Indiana  46204
Telephone:  (317) 643-8486
nick@nickbennettlaw.com

Attorneys for Plaintiff

2



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Mursal Kulmie
3243 Indian Head Court
Columbus, Ohio 43224

9590 9402 7026 1025 4786 24

2. Article Number (Transfer from service label)

7020 0090 0002 2363 6372

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mursu
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7026 1225 4786 24

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Marion County,Superior
Court 6
City-County Building
200 East Washington Street
Indianapolis, Indiana 46204

49D06-2203-CT-8801

Filed: 5/18/2022 10:37 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D06-2203-CT-008801 |

MARLON HAMILTON,                )
                                )
            Plaintiff,          )
                                )
    vs.                         )
                                )
AMO TRUCKING, LLC and           )
MURSAL KULMIE,                  )
                                )
            Defendants.         )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   **Defendants**

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
**AMO Trucking, LLC and Mursal Kulmie**

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
Matthew K. Phillips, Attorney No.  28724-49
WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com
mphillips@indycounsel.com

3.      There are other party members:  No.

4.      If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

5.      I will accept service by FAX at the above noted number:  No.

6.      This case involves support issues.  No.  (If yes, supply social security number for all family members).

7.    There are related cases:  No.

8.    This form has been served on all other parties.  Certificate of Service is attached:  Yes.

9.    Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49

_____
Matthew K. Phillips/28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On May 18, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Michael E. Simmons, Esq.
HUME SMITH GEDDES GREEN
& SIMMONS LLP
MSimmons@humesmith.com

Nick Bennett, Esq.
LAW OFFICE OF NICK BENNETT
Nick@nickbennettlaw.com

_____
Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

2

Filed: 5/18/2022 10:37 AM
Clerk
Marion County, Indiana

STATE OF INDIANA  )    MARION SUPERIOR COURT 6
         ) SS:
COUNTY OF MARION  )    CAUSE NO.: 49D06-2203-CT-008801

MARLON HAMILTON,     )
            )
     Plaintiff,  )
            )
  vs.        )
            )
AMO TRUCKING, LLC and  )
MURSAL KULMIE,     )
            )
     Defendants. )

## MOTION FOR ENLARGEMENT OF TIME

  Defendants, AMO Trucking, LLC and Mursal Kulmie ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Marlon Hamilton, and in support thereof, state as follows:

  1.  On or about May 5, 2022, Defendant, Mursal Kulmie, was served with a copy of the Summons and Complaint via certified mail.

  2.  According to the Court's online docket, Defendant, AMO Trucking, LLC, has not yet been served with a copy of the Summons and Complaint via certified mail.

  3.  The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

  4.  Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

  5.  No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, AMO Trucking, LLC and Mursal Kulmie, by counsel, respectfully request the Court for an enlargement of time of 30 days up to and including June 27, 2022, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

Christopher R. Whitten/20429-49

Matthew K. Phillips/28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On May 18, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Michael E. Simmons, Esq.
HUME SMITH GEDDES GREEN
& SIMMONS LLP
MSimmons@humesmith.com

Nick Bennett, Esq.
LAW OFFICE OF NICK BENNETT
Nick@nickbennettlaw.com

Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

STATE OF INDIANA          )                    MARION SUPERIOR COURT 6
                          ) SS:
COUNTY OF MARION          )                    CAUSE NO.: 49D06-2203-CT-008801

MARLON HAMILTON,                    )
                                    )               **F I L E D**
            Plaintiff,              )               May 18, 2022
                                    )          CLERK OF THE COURT
      vs.                           )             MARION COUNTY
                                    )                   BC
AMO TRUCKING, LLC and               )
MURSAL KULMIE,                      )
                                    )
            Defendants.             )

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, AMO Trucking, LLC and Mursal Kulmie, shall have up to and including June 27, 2022, in which to respond to Plaintiff's Complaint.

Date:____**5/18/2022**____                    _____
                                              Judge, Marion Superior Court 6
                                                                     BC

Copies to:

Michael E. Simmons, Esq.                Christopher R. Whitten, Esq.
HUME SMITH GEDDES GREEN                 Matthew K. Phillips, Esq.
& SIMMONS LLP                           WHITTEN LAW OFFICE LLC
MSimmons@humesmith.com                  cwhitten@indycounsel.com
                                        mphillips@indycounsel.com

Nick Bennett, Esq.
LAW OFFICE OF NICK BENNETT
Nick@nickbennettlaw.com

STATE OF INDIANA    )              MARION SUPERIOR COURT 6
                          ) SS:
COUNTY OF MARION   )             CAUSE NO.: 49D06-2203-CT-008801

MARLON HAMILTON,          )
                         )
           Plaintiff,   )
                         )
    vs.                   )
                         )
AMO TRUCKING, LLC and   )
MURSAL KULMIE,        )
                         )
        Defendants.   )

## ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

Defendants AMO Trucking, LLC ("AMO") and Mursal Kulmie ("Kulmie") (collectively "Defendants") submit their Answer to Plaintiff's Complaint for Damages, Affirmative Defenses, and Request for Jury Trial as follows:

### ANSWER

1.    That Hamilton, at all times relevant and material to this action, resided in Marion County, in the city of Indianapolis, State of Indiana.

**ANSWER:  Defendants are without sufficient information to admit or deny the allegations in Paragraph 1 of Plaintiff's Complaint.**

2.    That AMO, at all times relevant and material to this action, was a foreign for-profit limited liability company with a principal place of business address in Franklin County, in the city of Columbus, State of Ohio and doing business in Marion County, in the city of Indianapolis, State of Indiana.

**ANSWER:  Defendants admit the allegations in Paragraph 2 of Plaintiff's Complaint.**

3.     That Kulmie, at all times relevant and material to this action, resided in Franklin County, in the city of Columbus, State of Ohio.

**ANSWER:  Defendants admit the allegations in Paragraph 3 of Plaintiff's Complaint.**

4.     That on August 14, 2021, at approximately 6:43 a.m., Hamilton was operating a white 2004 Pontiac Grand Prix automobile and traveling eastbound in the left-hand lane of Interstate 70 Eastbound nearest the 72.6 mile marker in the County of Marion, City of Indianapolis, State of Indiana.

**ANSWER:  Defendants admit the allegations in Paragraph 4 of Plaintiff's Complaint.**

5.     That also at the same time, Kulmie, was the driver of a white 2016 Peterbuilt 579 Semi-tractor, which was traveling eastbound in the right-hand lane of Interstate 70 Eastbound nearest the 72.6 mile marker in the County of Marion, City of Indianapolis, State of Indiana.

**ANSWER:  Defendants admit the allegations in Paragraph 5 of Plaintiff's Complaint.**

6.     That at all times relevant and material to this action, the white 2016 Peterbuilt 579 Semi-tractor, which was being operated by Kulmie was owned and registered to AMO.

**ANSWER:  Defendants admit the allegations in Paragraph 6 of Plaintiff's Complaint.**

7.     That as Hamilton was traveling as aforesaid, suddenly and without warning, Kulmie entered the left-hand travel lane, which was occupied by

2

Hamilton and crashed into the vehicle being operated by Hamilton, thereby causing a collision with the vehicle Hamilton was driving.

**ANSWER:   Defendants deny the allegations in Paragraph 7 of Plaintiff's Complaint.**

8.    That at said place and time, Kulmie breached the applicable duty of care and was careless and negligent and/or reckless in one or more of the following ways:

a.    He failed to operate his vehicle in a careful and prudent manner;

b.    He failed to keep proper control of his vehicle so as to avoid the collision;

c.    He failed to keep a look out for other vehicular traffic so as to avoid a collision with said vehicle;

d.    He attempted to merge and/or to change travel lanes without first making certain that his intended lane was clear of other vehicles in violation of the Indiana Code;

e.    He made an unsafe lane movement in violation of the Indiana Code;

f.    He was operating his vehicle at an excessive speed such that he was unable to bring his vehicle to a stop and avoid a collision with the vehicle being operated by Hamilton, in violation of the Indiana Code;

g.    He was otherwise careless or negligent which caused the collision with the vehicle being operated by the Plaintiff, Hamilton.

**ANSWER:   Defendants deny the allegations in Paragraph 8 of Plaintiff's Complaint.**

3

9.     That as a result of the collision, Hamilton sustained injuries and was required to engage in the medical care and treatment of doctors, hospitals, therapists and x-ray technicians, thereby incurring medical expenses.

**ANSWER:   Defendants deny the allegations in Paragraph 9 of Plaintiff's Complaint.**

10.     That as a result of the injuries sustained causally related to the collision, Hamilton was unable to work for a period of time and thereby lost wages, income and/or time from his employment.

**ANSWER:   Defendants deny the allegations in Paragraph 10 of Plaintiff's Complaint.**

11.     That as a result of the collision, Hamilton sustained property damage to the vehicle that he was operating.

**ANSWER:   Defendants deny the allegations in Paragraph 11 of Plaintiff's Complaint.**

12.     That due to the negligence and carelessness of Kulmie, as aforesaid, Hamilton, has been damaged.

**ANSWER:   Defendants deny the allegations in Paragraph 12 of Plaintiff's Complaint.**

13.     That at all times relevant and material hereto, Kulmie was acting as an employee, agent, servant and/or representative of his employer, AMO.

**ANSWER:   Defendants admit that at the time of the collision Kulmie was operating a commercial vehicle under the federal operating authority of AMO at the time of the collision. Defendants deny any allegation in**

4

**Paragraph 13 of Plaintiff's Complaint inconsistent with the foregoing admission.**

14.    That AMO is liable to Hamilton, for the negligence and damages caused by the actions of it's [sic] employee, agent, servant and/or representative Kulmie, which were performed within the scope of his agency or employment with AMO through respondeat superior.

**ANSWER:  AMO admits that vicarious liability principles apply because Kulmie was operating a commercial vehicle under the federal operating authority of AMO at the time of the collision but deny that Kulmie was negligent and therefore denies that he or AMO is liable.**

15.    That due to the negligence and carelessness of AMO, as aforesaid, Hamilton, has been damaged.

**ANSWER:  Defendants deny the allegations in Paragraph 15 of Plaintiff's Complaint.**

<u>**AFFIRMATIVE DEFENSES**</u>

1.    Plaintiff Marlon Hamilton's negligence exceeds fifty percent (50%) of the total fault attributable for this incident, thereby barring recovery.

2.    In the event that it is established that the causal negligence of Plaintiff Marlon Hamilton is 50% or less, Plaintiff's damages must be diminished in proportion to the amount of causal negligence attributable to Marlon Hamilton.

3.    Plaintiff may have failed to mitigate his damages.

5

4.    Plaintiff may have received payments from other sources that constitute a collateral source set-off.

5.    Defendants are entitled to the protections and reductions in damages pursuant to *Stanley v. Walker*, 906 N.E.2d 852 (Ind. 2009).

6.    Plaintiff is not entitled to recover non-economic damages pursuant to IND. CODE § 34-30-29.2-3 and/or IND. CODE §§ 27-7-5.1-1 et seq.

WHEREFORE, Defendants request that Plaintiff takes nothing by way of his Complaint for Damages and for all other just and proper relief in the premises.

### DEMAND FOR TRIAL BY JURY

Defendants AMO and Kulmie request this matter be tried by a jury as to all issues.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

Christopher R. Whitten/20429-49

Matthew K. Phillips/28724-49
*Counsel for Defendants*

6

## CERTIFICATE OF SERVICE

On June 27, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Michael E. Simmons, Esq.
HUME SMITH GEDDES GREEN
& SIMMONS LLP
MSimmons@humesmith.com

Nick Bennett, Esq.
LAW OFFICE OF NICK BENNETT
Nick@nickbennettlaw.com


_____

Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:    317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com