UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARLON HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-01276-JRS-MJD |
| v. | ) | |
| | ) | |
| AMO TRUCKING, LLC and | ) | |
| MURSAL KULMIE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Defendants, AMO Trucking, LLC and Mursal Kulmie, by counsel, hereby notify the Court that the parties have reached a settlement in this cause of action. The parties' Stipulation of Dismissal and Order thereon will be forwarded to the Court as soon as possible.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*s/Matthew K. Phillips*
Christopher R. Whitten/#20429-49
Matthew K. Phillips/#28724-49
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, a copy of the foregoing was filed

electronically.  Parties may access this filing through the Court's system.

Hannah K. Brady, Esq.
Lauren M. Hardesty, Esq.
Michael E. Simmons, Esq.
HUME SMITH GEDDES GREEN
& SIMMONS LLP
hbrady@humesmith.com
lhardest@humesmith.com
MSimmons@humesmith.com

Nick Bennett, Esq.
LAW OFFICE OF NICK BENNETT
Nick@nickbennettlaw.com

Katherine A. Piscionie, Esq.
WALDRON, TATE, BOWEN, SPANDAU, LLC
katie@wtbs-law.com

*s/Matthew K. Phillips*
Christopher R. Whitten
Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com